IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-13274
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 9, 2006
THOMAS K. KAHN
CLERK

D.C. Docket No. 04-80144-CR-KLR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

QUASON RATRONE GRAY,
a.k.a. Clay, a.k.a. 4 Stroke,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(August 9, 2006)**

Before TJOFLAT, BIRCH and FAY, Circuit Judges.

PER CURIAM:

Monique A. Brochu, appointed counsel for Quason Ratrone Gray in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals

that counsel's assessment of the relative merit of the appeal is correct.  Because

independent examination of the entire record reveals no arguable issues of merit,

counsel's motion to withdraw is **GRANTED**, and Gray's convictions and

sentences are **AFFIRMED**.